**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Belinda's Southern Cuisine Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 58-2238110 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **7322 Stonecrest Concourse** **Lithonia, GA 30038** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DeKalb** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Belinda's Southern Cuisine Inc.**                    Case number (*if known*) _____
          Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

Debtor    **Belinda's Southern Cuisine Inc.**                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Belinda's Southern Cuisine Inc.**        Case number (*if known*) _____
   Name

☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Belinda's Southern Cuisine Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  6, 2024**
                MM / DD / YYYY

**X** **/s/ Belinda Ann Hull**                                              **Belinda Ann Hull**
Signature of authorized representative of debtor                           Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Paul Reece Marr GA Bar #**                    Date **May  6, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**Paul Reece Marr GA Bar # 471230**
Printed name

**Paul Reece Marr, P.C.**
Firm name

**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
Number, Street, City, State & ZIP Code

Contact phone    **(770) 984-2255**          Email address    **paul.marr@marrlegal.com**

**GA Bar # 471230 GA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Belinda's Southern Cuisine Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Georgia Dept. of Revenue Taxpayer Services Division PO Box 105499 Atlanta, GA 30348-5499** | | **sales & use tax and withholding tax, interest, and penalty** | | | | **Unknown** |
| **DeKalb County Tax Commissioner Property Tax Division P.O. Box 100004 Decatur, GA 30031-7004** | | **ad valorem property tax** | | | | **$44,751.32** |
| **Media Buying Agency, LLC 5665 New Northside Drive Suite 530 Atlanta, GA 30328** | **billing@mediabuyingagency.net** | **account payable** | | | | **$13,000.00** |
| **Szabo Assocs/David Schimmack for Link Media Outdoor 3355 Lenox Road NE; # 945 Atlanta, GA 30326-1332** | **David Schimmack**<br><br>**info@szabo.com** | **account payable** | | | | **$12,975.00** |
| **ERC Specialists, LLC 560 Timpanogos Circle Orem, UT 84097** | | **Employee Retention Credit Services Agreement** | | | | **$10,028.30** |

Debtor **Belinda's Southern Cuisine Inc.**                                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IOU Central Inc. Robert Gloer, CEO 600 TownPark Lane, Suite 100 Kennesaw, GA 30144** | | **promissory note** | | | | **$9,894.00** |
| **Performance Food Group, Inc. 1250 West Creek Parkway Henrico, VA 23238** | | **account payable** | | | | **$8,871.27** |
| **CFM Group LLC representing Aramark Co. 2110 Powers Ferry Rd SE Atlanta, GA 30339-5048** | **info@cfmgroup.biz** | **account payable . Atlanta, GA** | | | | **$8,000.00** |
| **US Foods, Inc. 7950 Spence Road Fairburn, GA 30213** | **Fax: 770-774-8500** | **account payable** | | | | **$4,941.89** |
| **Shift4 2202 N. Irving St. Allentown, PA 18109** | | **account payable** | **Disputed** | | | **$2,909.10** |
| **EcoLab 1 Eco Lab Place Saint Paul, MN 55102** | **Fax: +1-651-225-3098** | **account payable** | | | | **$2,200.00** |
| **DeKalb County Tax Commissioner Collections Division P.O. Box 117545 Atlanta, GA 30368-7545** | | **personal property tax** | | | | **Unknown** |
| **Corporation Service Company, as Representative PO Box 2576 Springfield, IL 62708** | **uccsprep@cscinfo. com** | | | **Unknown** | **Unknown** | **Unknown** |
| **Drew Gilliland, Esq. attorney for Monique Jackson 351 Atlanta St SE Marietta, GA 30060-2258** | | **personal injury complaint, CV # 23A06024, DeKalb County State Court** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **WebBank c/o Toast Capital Loan LLC 401 Park Drive; Suie 801 Boston, MA 02215** | **capital@toasttab.c om** | | | **$60,502.00** | **Unknown** | **Unknown** |

## United States Bankruptcy Court
### Northern District of Georgia,  Atlanta Division

In re   **Belinda's Southern Cuisine Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Belinda Hull**<br>**4483 Lionshead Circle**<br>**Lithonia, GA 30038** | | **100%** | **common stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May  6, 2024**

Signature   **/s/ Belinda Ann Hull**

**Belinda Ann Hull**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of Georgia,  Atlanta Division**

In re   **Belinda's Southern Cuisine Inc.**                                     Case No.
                                                              Debtor(s)          Chapter        **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May  6, 2024**                              **/s/ Belinda Ann Hull**
                                                       **Belinda Ann Hull**/CEO
                                                       Signer/Title

A.G. Adjustments LTD
representing US Foods, Inc.
740 Walt Whitman Rd.
Melville, NY 11747-9090


A.J. Mitchell, Esq.
for Johnson, Driver & Robinson
2388 Scenic Hwy S
Snellville, GA 30078


Allson McDonald, Esq.
Law Office of ZanitaKingHughes
3655 North Pointe Pkwy # 500A
Alpharetta, GA 30005


Belinda Ann Hull
4483 Lionshead Circle
Lithonia, GA 30038


Benjamin P. Thomas, Esq.
representing ERC Specialists
102 South 200 East, Suite 800
Salt Lake City, UT 84111


CFM Group LLC
representing Aramark Co.
2110 Powers Ferry Rd SE
Atlanta, GA 30339-5048


Corporation Service Company,
as Representative
PO Box 2576
Springfield, IL 62708


DeKalb County Tax Commissioner
Collections Division
P.O. Box 117545
Atlanta, GA 30368-7545

DeKalb County Tax Commissioner
Property Tax Division
P.O. Box 100004
Decatur, GA 30031-7004


Drew Gilliland, Esq.
attorney for Monique Jackson
351 Atlanta St SE
Marietta, GA 30060-2258


EcoLab
1 Eco Lab Place
Saint Paul, MN 55102


ERC Specialists, LLC
560 Timpanogos Circle
Orem, UT 84097


Georgia Department of Revenue
Kelly Dye, Revenue Agent
1800 Century Blvd NE # 12000
Atlanta, GA 30345


Georgia Dept. of Revenue
Taxpayer Services Division
PO Box 105499
Atlanta, GA 30348-5499


Georgia Deptartment of Revenue
Central Collection Section
1800 Centrury Blvd NE, # 9100
Atlanta, GA 30345-3205


IOU Central Inc.
Robert Gloer, CEO
600 TownPark Lane, Suite 100
Kennesaw, GA 30144

Media Buying Agency, LLC
5665 New Northside Drive
Suite 530
Atlanta, GA 30328


Newtek Small Business Finance
Barry Sloane, CEO
1981 Marcus Avenue, Suite 130
New Hyde Park, NY 11042


Performance Food Group, Inc.
1250 West Creek Parkway
Henrico, VA 23238


Performance Foodservice
PO Box 935716
Atlanta, GA 31193-5716


Shift4
2202 N. Irving St.
Allentown, PA 18109


Szabo Assocs/David Schimmack
for Link Media Outdoor
3355 Lenox Road NE; # 945
Atlanta, GA 30326-1332


US Foods, Inc.
7950 Spence Road
Fairburn, GA 30213


Vivin Hudson Uchitel, Esq.
representing PFG
3490 Piedmont Rd NE; Ste 1100
Atlanta, GA 30305

```
WebBank
c/o Toast Capital Loan LLC
401 Park Drive; Suie 801
Boston, MA 02215
```

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re   **Belinda's Southern Cuisine Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Belinda's Southern Cuisine Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  6, 2024**

Date

**/s/ Paul Reece Marr GA Bar #**

**Paul Reece Marr GA Bar # 471230**

Signature of Attorney or Litigant

Counsel for   **Belinda's Southern Cuisine Inc.**

**Paul Reece Marr, P.C.**

**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
**(770) 984-2255 Fax:(678) 623-5109**
**paul.marr@marrlegal.com**