# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-54623-PWB |
| | ) | |
| BELINDA'S SOUTHERN CUISINE, INC., | ) | |
| | ) | CHAPTER 11 |
| DEBTOR. | ) | SUBCHAPTER V |

## STIPULATION ESTABLISHING COMPENSATION ESCROW

Tamara Miles Ogier as Trustee ("Trustee") and the Debtor, Belinda's Southern Cuisine, Inc., ("Debtor"), hereby stipulate and agree:

1. By June 1, 2024, and on the 1st day of each month thereafter while the case is pending, the Debtor shall remit to the Trustee the amount of $1,000.00 to be held in the Trustee's IOLTA account.

2. Said funds should be transmitted to the Trustee by wire transfer or by check.

3. The parties acknowledge that if the funds are sent via wire, the Trustee will incur a wire transfer fee of $15 fee with each wire transfer received and that said amount may be added as an expense to the Trustee's fee application.

4. Said funds shall be held by the Trustee until such time as an Order is entered awarding her compensation pursuant to 11 U.S.C. § 330 or 331 or until such time as another Order of this Court directs the use of said funds.

[Signatures Continued on Following Page]

Prepared by:

Ogier, Rothschild & Rosenfeld, P.C.

By: /s/*Tamara Miles Ogier*
    Tamara Miles Ogier
    Georgia Bar No. 550355
    P.O. Box 1547
    Decatur, GA 30031
    (404) 525-4000
    tmo@orratl.com

Stipulated to:

PAUL REECE MARR, PC

By: /s/ *Paul Reece Marr* (signed by Tamara Miles Ogier with express permission)
    Paul Reece Marr
    Georgia Bar No. 471230
    6075 Barfield Rd, Suite 213
    Sandy Springs, GA 30328-4402
    (770) 984-2255
    Paul.marr@marrlegal.com
    Attorneys for the Debtor

No Opposition:

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By: */s/ Alan Hinderleider* (signed by Tamara Miles Ogier with express permission)
    Alan Hinderleider
    Georgia Bar No. 938543
    Trial Attorney
    Office of the United States Trustee
    362 Richard B. Russell Building
    75 Ted Turner Drive, SW
    Atlanta, GA 30303
    404.331.4464
    alan.hinderleider@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Stipulation Establishing Compensation Escrow* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Alan Hinderleider**    Alan.Hinderleider@usdoj.gov
- **Paul Reece Marr**    paul.marr@marrlegal.com, paulrmarr@gmail.com

Dated: May 16, 2024

        OGIER, ROTHSCHILD & ROSENFELD, P.C.

        By:    /s/ *Tamara Miles Ogier*
            Tamara Miles Ogier
            Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com