**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 24-54623-PWB |
| | : | |
| BELINDA'S SOUTHERN CUISINE INC., | : | Chapter 11 |
| | : | |
| Debtor. | : | SubChapter V |
| | : | |

## DEBTOR'S MOTION TO CONVERT THIS BANKRUPTCY CASE TO CHAPTER 7

COMES NOW Belinda's Southern Cuisine Inc. (the "**Debtor**") and files this *Motion To Convert This Bankruptcy Case To Chapter 7* (the "**Motion**"). In support of this Motion, the Debtor respectfully shows this Court as follows:

### JURISDICTION

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2. The Debtor was incorporated on July 29, 2020 in the State of Georgia. Belinda Hull is the Debtor's manager and sole shareholder and officer. Until recently, the Debtor operated a restaurant offering southern soul food to the public (the "**Business**") in a 5,192 square foot restaurant building on approximately 1.3 acres titled in its name and located at 7322 Stonecrest Concourse, Lithonia, DeKalb County, Georgia 30038. A dispute with the Debtor's Point of Sale provider resulted in cash flow problems. In response, the Debtor entered into a series of merchant cash advance financing arrangements ("**MCA loans**") with extremely high effective interest rates. The MCA loans alleviated the cash flow problems in the short run but from an

overall perspective caused the Debtor to fall further behind on mortgage payments, sales and use tax payments, and miscellaneous accounts payable.

3. In order to obtain protection from creditor collection actions and restructure its debts, the Debtor filed its Subchapter V Chapter 11 bankruptcy petition on May 6, 2024 (the "**Petition Date**") under Chapter 11 Subchapter V of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended, modified, or supplemented, the "**Bankruptcy Code**"). Tamara M. Ogier was appointed Subchapter V trustee on May 7, 2024. In accordance with Sections 1107 and 1108 of the Bankruptcy Code, the Debtor has managed its post-Petition affairs as a debtor in possession.

4. However, the Debtor has not been cash flowing and has determined that a successful reorganization in chapter 11 is not feasible. The Debtor recently ceased operations.

5. Furthermore, the deadline for the Debtor to file a proposed Chapter 11 Subchapter V Plan of Reorganization was August 5, 2024. See 11 U.S.C. § 1189(b). The Debtor has not filed a proposed Plan of Reorganization, the deadline has not been extended, and the Debtor is therefore not able to proceed in Chapter 11.

## RELIEF REQUESTED AND BASIS FOR RELIEF

6. The Debtor seeks entry of a Court Order pursuant to 11 U.S.C. § 1112(a) converting this chapter 11 bankruptcy case to chapter 7 of the Bankruptcy Code.

7. A debtor in a case under chapter 11 has a one-time absolute right to convert its chapter 11 bankruptcy case to a case under chapter 7 unless:

    (i) the debtor is not a debtor in possession;
    (ii) the case originally was commenced as an involuntary case under this chapter; or
    (iii) the case was converted to a case under this chapter other than on the debtor's request.

11 U.S.C. § 1112(a).

8. None of the above factors apply to this Debtor.

2

9. Accordingly, the Debtor may convert this bankruptcy case to a case under Chapter 7 of the Bankruptcy Code and requests that the Court enter an Order doing so.

10. Notice and hearing is not necessary. A proposed Order has been submitted.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order converting the bankruptcy case to Chapter 7 and grant such further relief as may be just and proper.

Dated: August 28, 2024

Prepared and submitted,
PAUL REECE MARR, P.C.                             BELINDA'S SOUTHERN CUISINE INC.
Debtor's counsel

/s/ Paul Reece Marr                               /s/ Belinda Hull
Paul Reece Marr                                   By: Belinda Hull
GA Bar # 471230                                   Its: CEO
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
770-984-2255
paul.marr@marrlegal.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 24-54623-PWB |
| | : | |
| BELINDA'S SOUTHERN CUISINE INC., | : | Chapter 11 |
| | : | |
| Debtor. | : | SubChapter V |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *DEBTOR'S MOTION TO CONVERT THIS BANKRUPTCY CASE TO CHAPTER 7* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all registered parties who have filed appearances in the above captioned case as follows:

Alan Hinderleider on behalf of U.S. Trustee
United States Trustee
Alan.Hinderleider@usdoj.gov

Kenneth Mitchell on behalf of Debtor
Belinda's Southern Cuisine Inc.
gmapclaw1@gmail.com,
kmitchell5000@gmail.com

Tamara M. Ogier (Sub V Trustee)
tmo@orratl.com,
jc@orratl.com;tmo@trustesolutions.net;ctmo11@trustesolutions.net

Todd Robinson on behalf of Creditor
Newtek Small Business Finance, LLC
todd@rfllplaw.com

This the 28th day of August, 2024.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

Paul Reece Marr, P.C.
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
Telephone: 770-984-2255
Email: paul.marr@marrlegal.com