**IT IS ORDERED as set forth below:**



Date: August 30, 2024

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 24-54623-PWB |
| | : | |
| BELINDA'S SOUTHERN CUISINE INC., | : | Chapter 7 |
| | : | |
| Debtor. | : | 7 |
| _____ | : | |

## ORDER CONVERTING BANKRUPTCY CASE TO CHAPTER 7

    WHEREAS, Belinda's Southern Cuisine Inc. (the "**Debtor**") filed its *Motion To Convert This Bankruptcy Case To Chapter 7* on August 28, 2024 [Doc. No. 55] (the "**Motion**"). Pursuant to the Motion, the Debtor seeks entry of a Court Order pursuant to 11 U.S.C. § 1112(a) converting its chapter 11 bankruptcy case to chapter 7 of the Bankruptcy Code.

    WHEREAS, the Court has considered the Motion and all other matters of record. It appears that the Debtor is entitled to the relief requested in the Motion and that no further notice or hearing is required. The Court finds that good cause exists to grant the relief requested in the Motion.

    ACCORDINGLY, IT IS HEREBY ORDERED that the Motion is GRANTED, it is further

    ORDERED that this case is CONVERTED to a case under Chapter 7 of the Bankruptcy

1

Code and the United States Trustee is directed to appoint a Chapter 7 Trustee. It is further

ORDERED that –

1. Not later than 14 days after entry of this Order, the Debtor shall file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim and serve a copy of the schedule on the chapter 7 trustee, the United States Trustee, and the person or entity to whom such debts are owed; and

2. Not later than 28 days after entry of this Order, the Debtor shall file and transmit to the chapter 7 trustee and the United States Trustee a final report and account regarding the status and disposition of all assets of the estate; and

3. Not later than 28 days after entry of this Order, the Debtor shall file and transmit to the United States Trustee monthly operating reports for each month or period through the date of conversion for which reports have not already been filed; and

4. Not later than 28 days after entry of this Order, all professionals employed by the Debtor shall file an application for final approval of fees and expenses incurred in or in connection with administration of the case under chapter 11 or, alternatively, turn over to the appointed chapter 7 trustee any and all retainers, monies, or other remuneration received from the Debtor prior to or after the filing of the petition for services rendered in or in connection with the chapter 11 case; and

5. The Debtor's counsel shall serve this Order on the Debtor, the United States Trustee, the SubChapter V trustee, and all creditors and other parties in interest listed on the mailing matrix.

**END OF DOCUMENT**

Prepared and submitted by,
PAUL REECE MARR, P.C.
Debtor's attorney
/s/ Paul Reece Marr
Paul Reece Marr
GA Bar # 471230
6075 Barfield Road; Suite 213
Sandy Springs, GA 30328
Telephone: 770-984-2255
Email: paul.marr@marrlegal.com

# **DISTRIBUTION LIST**

Pursuant to Local Rule 9013-2(b) for the United States Bankruptcy Court, Northern District of Georgia, following is a list of all parties to be served with a copy of this Order:

Paul Reece Marr
Paul Reece Marr, P.C.
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328

Belinda's Southern Cuisine Inc.
Attn: Belinda Hull
7322 Stonecrest Concourse
Lithonia, Georgia 30038

Alan Hinderleider
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303

Tamara Miles Ogier
Subchapter V Trustee
Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, Georgia 30031

Todd N. Robinson, Esq.
Michael R. Wing, Esq.
Robinson Franzman LLP
191 Peachtree Street NE, Suite 2600
Atlanta, GA 30303