**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **Case No. 24-54623-PWB** |
| | : | |
| **BELINDA'S SOUTHERN CUISINE INC.,** | : | **Chapter 7** |
| | : | |
| Debtor. | : | **SubChapter V** |
| | : | |

**APPLICATION OF DEBTOR'S COUNSEL PAUL REECE MARR, P.C. FOR**
**PAYMENT OF COMPENSATION**

COMES NOW Paul Reece Marr, P.C. (the "**Applicant**"), bankruptcy counsel of record for the above referenced debtor Belinda's Southern Cuisine Inc. (the "**Debtor**"), and pursuant to 11 U.S.C. §§ 330 and 331 and Bankruptcy Rule 2016(a) hereby applies for this its first award of compensation. In support of this Application, the Applicant respectfully shows the following:

1. On May 6, 2024 (the "**Petition Date**"), the Debtor filed its voluntary petition for relief under Chapter 11 Subchapter V of Title 11 of the United States Code (the "**Bankruptcy Code**") through the offices of the Applicant. The Applicant received a $10,000.00 attorney fee and expense retainer for representation of the Debtor in this bankruptcy case. Tamara M. Ogier was appointed Subchapter V trustee on May 7, 2024 [Doc. No. 3]. On June 20, 2024, the Court entered an Order [Doc. No. 44] authorizing the Debtor to employ the Applicant as its bankruptcy attorneys in this Chapter 11 bankruptcy case effective as of the Petition Date.

2. Unfortunately, the Debtor was not cash-flowing post-Petition and determined that a successful reorganization in chapter 11 was not feasible. The Debtor recently ceased operations. Furthermore, the deadline for the Debtor to file a proposed Chapter 11 Subchapter V Plan of Reorganization was August 5, 2024. See 11 U.S.C. § 1189(b). The Debtor has not filed a proposed Plan of Reorganization, the deadline has not been extended, and the Debtor is therefore not able to proceed in Chapter 11.

3. On August 28, 2024, the Debtor filed a Motion [Doc. No. 55] seeking entry of an Order converting the bankruptcy case to a case under Chapter 7 of the Bankruptcy Code. The Court entered an Order on August 30, 2024 [Doc. No. 56] granting the Motion and converting the case to Chapter 7.

4. In accordance with §§1107(a) and 1108 of the Bankruptcy Code, the Debtor conducted its affairs as a debtor in possession at all times during the pendency of the Chapter 11 case.

5. The Applicant has not previously applied for payment of compensation.

6. This Application covers the time period from May 3, 2024 through and including August 30, 2024 (the "**Application Time Period**").

7. The Applicant has performed numerous services for the Debtor during the Application Time Period in connection with its Chapter 11 bankruptcy case, including but not limited to:

(a) Advised the Debtor concerning its rights and duties as a debtor in possession;

(b) Prepared and filed all schedules, pleadings, applications, petitions, orders and other documents necessary and incidental to administration of the Debtor's estate;

(c) Responded to various attorneys in connection with their respective clients' concerns and issues;

(d) Advised the Debtor regarding operational issues and reorganization options, procedures, and strategies;

(e) Obtained Court orders approving the following emergency pleadings: *Emergency Motion For (1) Order Authorizing Use Of Cash Collateral To Avoid Immediate And Irreparable Harm, And For (2) Final Order Authorizing Cash Collateral Use Upon Shortened Notice* [**Doc. No. 13**]; *Emergency Motion Requesting Entry Of Order Authorizing Payment Of Prepetition Compensation And Related Payments* [**Doc. No. 14**]; and *Emergency Motion For Order Authorizing The Continued Use Of Existing Bank Accounts And For Related Relief* [**Doc. No. 15**]; and

8. Represented the Debtor in all proceedings and contested matters in this bankruptcy case.

9. Attached hereto as **Exhibit "A"** is a statement describing in detail the fees and expenses sought by the Applicant during the Application Time Period and the hourly rates charged per professional. Applicant expended 39.80 hours of professional services at the blended rate of approximately $445.61 per hour during the Application Time Period. The reasonable value of said services is $17,210.00. In addition, Applicant incurred $525.16 in expenses. The aggregate amount of compensation and expense reimbursement requested by the

Applicant pursuant to this Application is $17,735.16.

10. This Application for fees and expenses is submitted under the standards set forth in Grant v. George Schumann Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); Norman v. Housing Authority of the City of Montgomery, 836 F.2d 1292 (11th Cir. 1988); and Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974). The twelve factors listed in Johnson and quoted in Grant affecting the fee application award include, inter alia: the time and labor required; the novelty and difficulty of the questions presented; the skills requisite to performing the services properly; the preclusion of other employment by the Applicant due to acceptance of this case; the customary fee charged by the Applicant; whether the fee is fixed or contingent; time limitations imposed by the client or other circumstances; the amount involved and the results obtained; the experience, reputation and ability of the Applicant; the "undesirability" of the case; the nature and length of the professional relationship with the client; and awards in similar cases.

11. The Applicant seeks compensation for services rendered at its regular rates. The Applicant shows the Court that its fee and expense application is reasonable in light of the awards in similar cases and that the Applicant's involvement in this case has deprived it of the ability to earn fees from other clients which would have been charged for service at the same or higher rate for which the Debtor's estate is being charged at this time. The Applicant has no agreement to share any compensation or reimbursement awarded with any person. The Applicant has been promised no compensation or reimbursement of expenses by any party except that the Debtor has agreed to pay reasonable sums for services rendered and disbursements advanced by the Applicant, subject to Court approval.

12. The services rendered and expenses incurred were necessary for the administration of this bankruptcy case and were completed in order to fulfill the Applicant's duties as the Debtor's bankruptcy counsel. The services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed.

13. Under these circumstances, the services rendered by the Applicant in the amounts requested are necessary and reasonable.

WHEREFORE, the Applicant prays that this Court enter an Order: (a) Awarding the Applicant $17,735.16 ($17,210.00 services rendered plus $445.61 expenses incurred) as

compensation for the Application Time Period; (b) Authorizing the Applicant to apply the $10,000.00 retainer in reduction of the fee award; (c) Directing that the $7,735.16 remaining balance of the fee award be deemed an allowed chapter 11 administrative expense due and payable on a par with any and all other Court approved chapter 11 administrative expenses in this chapter 7 bankruptcy case; and (d) Granting such other and further relief as the Court deems just and proper.

Dated: September 2, 2024

Prepared and submitted by,
PAUL REECE MARR, P.C.
Debtor's attorney

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
770-984-2255
paul.marr@marrlegal.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **Case No. 24-54623-PWB** |
| | : | |
| **BELINDA'S SOUTHERN CUISINE INC.,** | : | **Chapter 7** |
| | : | |
| Debtor. | : | SubChapter V |
| | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *APPLICATION OF DEBTOR'S COUNSEL PAUL REECE MARR, P.C. FOR PAYMENT OF COMPENSATION* using the Bankruptcy Court's Electronic Case Filing program which sends a notice of this document and an accompanying link to this document to all registered parties who have filed appearances in the above captioned case as follows:

Alan Hinderleider on behalf of U.S. Trustee
United States Trustee
Alan.Hinderleider@usdoj.gov

Kenneth Mitchell on behalf of Debtor
Belinda's Southern Cuisine Inc.
gmapclaw1@gmail.com,
kmitchell5000@gmail.com

Todd Robinson on behalf of Creditor
Newtek Small Business Finance, LLC
todd@rfllplaw.com

This the 2nd day of September, 2024.

/s/ Paul Reece Marr
Paul Reece Marr
PAUL REECE MARR, P.C.
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
770-984-2255
paul.marr@marrlegal.com

**EXHIBIT "A" FOLLOWS**

**Paul Reece Marr, P.C.**
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328-4402
Phone: (770) 984-2255
Email: paul.marr@marrlegal.com
FEIN 58-2223745



**Belinda's Southern Cuisine Inc.**
7322 Stonecrest Concourse
Lithonia, GA 30038

**Invoice 10122**

| Date | Sep 02, 2024 |
|---|---|
| Terms | |
| Service Thru | Sep 02, 2024 |

In Reference To: SubChapter V Chapter 11 bankruptcy case no. 24-54623-PWB (Label)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 05/03/2024 | PM | **Draft:** preparation of emergency bankruptcy Petition and related pleadings | 1.20 | $ 450.00/hr | $ 540.00 |
| 05/03/2024 | PM | **Review:** review of background documents from Belinda Hull in advance of filing bankruptcy Petition | 0.80 | $ 450.00/hr | $ 360.00 |
| 05/06/2024 | PM | **Correspondence:** emails to various opposing counsel regarding imposition of the automatic stay | 0.30 | $ 450.00/hr | $ 135.00 |
| 05/07/2024 | PM | **Correspondence:** review and respond to new case inquiry email from Alan Hinderleider | 0.50 | $ 450.00/hr | $ 225.00 |
| 05/07/2024 | PM | **Correspondence:** email to client regarding preparation for IDI and compliance with U.S. Trustee's Operating Guidelines for Chapter 11 DIPs | 0.50 | $ 450.00/hr | $ 225.00 |
| 05/08/2024 | PM | **Correspondence:** emails to client regarding scheduling items | 0.20 | $ 450.00/hr | $ 90.00 |
| 05/08/2024 | PM | **Phone Call:** phone call with SubChapter V trustee Tamara Ogier regarding case outline, etc. | 0.20 | $ 450.00/hr | $ 90.00 |
| 05/10/2024 | PM | **Draft:** preparation of Emergency Cash Collateral Motion | 2.70 | $ 450.00/hr | $ 1,215.00 |
| 05/14/2024 | PM | **Review:** review and produce documents to Donavan Slack in advance of the Initial Debtor Interview | 1.80 | $ 450.00/hr | $ 810.00 |
| 05/14/2024 | PM | **Draft:** continued preparation of Cash Collateral Motion | 1.70 | $ 450.00/hr | $ 765.00 |
| 05/14/2024 | PM | **Draft:** preparation of Motion to continue use of pre-petition bank accounts | 0.90 | $ 450.00/hr | $ 405.00 |
| 05/15/2024 | PM | **Draft:** continued preparation of Cash Collateral Motion | 1.10 | $ 450.00/hr | $ 495.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/15/2024 | PM | **Draft:** preparation of Motion to pay pre-petition payroll | 1.20 | $ 450.00/hr | $ 540.00 |
| 05/15/2024 | PM | **Draft:** preparation of Motion to shorten time for noticing of hearing on Emergency Motions | 0.70 | $ 450.00/hr | $ 315.00 |
| 05/15/2024 | PM | **Phone Call:** phone call with Belinda Hull in preparation for the Initial Debtor Interview | 0.30 | $ 450.00/hr | $ 135.00 |
| 05/15/2024 | PM | **Meeting:** appearance at Initial Debtor Interview | 0.80 | $ 450.00/hr | $ 360.00 |
| 05/16/2024 | PM | **Draft:** preparation of Order and Notice of expedited hearing on emergency Motions | 0.50 | $ 450.00/hr | $ 225.00 |
| 05/16/2024 | SEM | **Other:** coordinate servicing of emergency pleadings | 1.50 | $ 250.00/hr | $ 375.00 |
| 05/16/2024 | PM | **Phone Call:** phone call with and email to Belinda Hull in preparation for emergency hearings | 0.40 | $ 450.00/hr | $ 180.00 |
| 05/17/2024 | PM | **Phone Call:** phone call with Belinda Hull in preparation for hearing on emergency Motions | 0.30 | $ 450.00/hr | $ 135.00 |
| 05/17/2024 | PM | **Court Time:** Court appearance for hearing on emergency Motions | 0.60 | $ 450.00/hr | $ 270.00 |
| 05/17/2024 | PM | **Draft:** edit Interim Cash Collateral Order and Orders on Motions to continue use of pre-Petition bank accounts and to pay pre-petition payroll | 1.40 | $ 450.00/hr | $ 630.00 |
| 05/17/2024 | PM | **Draft:** draft Application and Order to extend deadline to file statements, schedules, and related documents | 0.80 | $ 450.00/hr | $ 360.00 |
| 05/18/2024 | PM | **Correspondence:** email to client regarding compliance with Interim Cash Collateral Order | 0.20 | $ 450.00/hr | $ 90.00 |
| 05/18/2024 | PM | **Draft:** drafting of Notice of Application to employ bankruptcy attorneys | 0.40 | $ 450.00/hr | $ 180.00 |
| 05/20/2024 | PM | **Phone Call:** phone call with Belinda Hull regarding operational issues | 0.20 | $ 450.00/hr | $ 90.00 |
| 05/21/2024 | PM | **Correspondence:** back and forth emails with IOU Central regarding ceasing recurring payment arrangement | 0.20 | $ 450.00/hr | $ 90.00 |
| 05/21/2024 | PM | **Correspondence:** email to client regarding information needed for the Schedules and Statement of Financial Affairs | 0.30 | $ 450.00/hr | $ 135.00 |
| 05/22/2024 | PM | **Phone Call:** phone call with client regarding strategy | 0.10 | $ 450.00/hr | $ 45.00 |
| 05/24/2024 | SEM | **Draft:** preparation of Schedules and Statement of Financial Affairs | 2.00 | $ 250.00/hr | $ 500.00 |
| 05/24/2024 | PM | **Phone Call:** phone call with Belinda Hull regarding information needed in order to complete the Schedules and Statement of Financial Affairs | 0.20 | $ 450.00/hr | $ 90.00 |
| 05/29/2024 | PM | **Draft:** further preparation of Schedules and Statement of Financial Affairs | 1.70 | $ 450.00/hr | $ 765.00 |
| 05/29/2024 | PM | **Correspondence:** email to client regarding preparation for Meeting of Creditors | 0.20 | $ 450.00/hr | $ 90.00 |
| 05/29/2024 | PM | **Correspondence:** review email with attachment from Ken Mitchell on behalf of Tracy Driver, Dorothy Johnson, and Gaynell Robinson | 0.20 | $ 450.00/hr | $ 90.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/2024 | PM | **Phone Call:** phone call with Belinda Hull regarding Partnership Agreement with "the 3 ladies" and preparation for the Meeting of Creditors | 0.40 | $ 450.00/hr | $ 180.00 |
| 06/03/2024 | PM | **Correspondence:** attendance for Meeting of Creditors (reset to 6/21/2024) | 0.30 | $ 450.00/hr | $ 135.00 |
| 06/03/2024 | PM | **Phone Call:** phone call with Ken Mitchell regarding desire to settle issues, etc. | 0.20 | $ 450.00/hr | $ 90.00 |
| 06/03/2024 | PM | **Draft:** preparation of Section 1188(c) Pre-Status Conference Report | 0.80 | $ 450.00/hr | $ 360.00 |
| 06/05/2024 | PM | **Draft:** continued preparation of PRE-STATUS CONFERENCE REPORT | 0.30 | $ 450.00/hr | $ 135.00 |
| 06/18/2024 | PM | **Draft:** drafting of Final Cash Collateral Order | 1.70 | $ 450.00/hr | $ 765.00 |
| 06/18/2024 | PM | **Phone Call:** phone call with client regarding outstanding items, general case status and strategy, etc. | 0.30 | $ 450.00/hr | $ 135.00 |
| 06/18/2024 | PM | **Draft:** drafting of Order approving Application to employ Paul Reece Marr, P.C. | 0.50 | $ 450.00/hr | $ 225.00 |
| 06/20/2024 | PM | **Preparation:** preparation for final cash collateral hearing and for status conference | 0.60 | $ 450.00/hr | $ 270.00 |
| 06/20/2024 | PM | **Court Time:** appearance for final cash collateral hearing and for status conference | 0.50 | $ 450.00/hr | $ 225.00 |
| 06/21/2024 | PM | **Meeting:** appearance for Meeting of Creditors | 1.00 | $ 450.00/hr | $ 450.00 |
| 06/21/2024 | PM | **Phone Call:** phone call with client regarding issues raised at Meeting of Creditors | 0.30 | $ 450.00/hr | $ 135.00 |
| 06/21/2024 | PM | **Phone Call:** phone call with Matthew Ware regarding employment as debtor's CPA firm | 0.20 | $ 450.00/hr | $ 90.00 |
| 06/25/2024 | PM | **Correspondence:** emails to client regarding Stipulation with SubChapter V trustee regarding escrow of funds and regarding DIP account issues | 0.10 | $ 450.00/hr | $ 45.00 |
| 06/26/2024 | PM | **Draft:** continued preparation of Application and Notice regarding employment of accountant | 0.50 | $ 450.00/hr | $ 225.00 |
| 07/08/2024 | PM | **Phone Call:** phone call with client regarding case status and strategy | 0.20 | $ 450.00/hr | $ 90.00 |
| 07/08/2024 | PM | **Meeting:** appearance for continued Meeting of Creditors | 0.30 | $ 450.00/hr | $ 135.00 |
| 07/11/2024 | PM | **Review:** review and comment regarding draft May 2024 MOR | 0.30 | $ 450.00/hr | $ 135.00 |
| 07/25/2024 | PM | **Phone Call:** phone call with Belinda Hull regarding case status and strategy | 0.20 | $ 450.00/hr | $ 90.00 |
| 07/29/2024 | PM | **Phone Call:** phone call with Belinda Hull regarding case status and strategy | 0.20 | $ 450.00/hr | $ 90.00 |
| 07/29/2024 | PM | **Draft:** draft Order approving Application to employ accountant | 0.40 | $ 450.00/hr | $ 180.00 |
| 07/30/2024 | PM | **Phone Call:** phone call with attorney Mike Wing representing Newtek regarding current case outlook | 0.20 | $ 450.00/hr | $ 90.00 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/30/2024 | PM | **Court Time:** appearance for hearing on Motion to employ accountant | 0.40 | $ 450.00/hr | $ 180.00 |
| 08/01/2024 | PM | **Phone Call:** phone call with Belinda Hull regarding case status and strategy | 0.40 | $ 450.00/hr | $ 180.00 |
| 08/02/2024 | PM | **Phone Call:** phone calls with Belinda Hull regarding strategy | 0.30 | $ 450.00/hr | $ 135.00 |
| 08/05/2024 | PM | **Phone Call:** phone calls with Belinda Hull regarding case status and strategy | 0.40 | $ 450.00/hr | $ 180.00 |
| 08/06/2024 | PM | **Phone Call:** phone call with Belinda Hull regarding case status and strategy | 0.20 | $ 450.00/hr | $ 90.00 |
| 08/13/2024 | PM | **Draft:** preparation of Motion to convert bankruptcy case to chapter 7 | 0.80 | $ 450.00/hr | $ 360.00 |
| 08/19/2024 | PM | **Phone Call:** phone call with Belinda Hull regarding case status and strategy | 0.20 | $ 450.00/hr | $ 90.00 |
| 08/20/2024 | PM | **Draft:** preparation of Consent Order on Monique Jackson's Motion for Relief | 0.60 | $ 450.00/hr | $ 270.00 |
| 08/28/2024 | PM | **Draft:** continued preparation of Motion to convert case to chapter 7 | 0.40 | $ 450.00/hr | $ 180.00 |
| 08/28/2024 | PM | **Draft:** preparation of Order converting case to chapter 7 | 0.50 | $ 450.00/hr | $ 225.00 |

**In Reference To: SubChapter V Chapter 11 bankruptcy case no. 24-54623-PWB (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 05/31/2024 | PM | **Printing/Copying:** photocopies May 2024 (1,526 x $0.20) | $ 305.20 |
| 05/31/2024 | PM | **Mailing/Postage:** postage May 2024 | $ 122.40 |
| 06/30/2024 | PM | **Printing/Copying:** photocopies June 2024 (185 x $0.20) | $ 37.00 |
| 06/30/2024 | PM | **Mailing/Postage:** postage June 2024 | $ 28.56 |
| 07/31/2024 | PM | **Printing/Copying:** photocopies July 2024 (47 x $0.20) | $ 9.40 |
| 08/28/2024 | PM | **Filing Fee:** filing fee - Motion to convert case to chapter 7 | $ 15.00 |
| 08/30/2024 | PM | **Printing/Copying:** photocopies August 2024 (38 x $0.20) | $ 7.60 |

|  |  |
|---|---|
| **Total Hours** | 39.80 hrs |
| **Total Label** | $ 17,210.00 |
| **Total Expenses** | $ 525.16 |
| **Total Invoice Amount** | $ 17,735.16 |
| **Previous Balance** | $ 0.00 |
| **Balance (Amount Due)** | $ 17,735.16 |



# Paul Reece Marr, P.C. - Summary Report

Date Start: 9/1/2023 | Date End: 9/2/2024 | Clients: Belinda's Southern Cuisine Inc. | Projects: | Users: | Account Managers: All | Group By: Client

| Date | Activity | Project | Description | Billing Status | Rate/ Unit Price | Labor Time/ Quantity | Non-billable Amount | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|---|---|---|
| **Belinda's Southern Cuisine Inc.** | | | | | | | | | |
| **Paul Marr** | | | | | | | | | |
| | | | Total Labor For Paul Marr | | | 36.30 | $0.00 | 36.30 | $16,335.00 |
| | | | Total Expense For Paul Marr | | | | | $525.16 | $525.16 |
| | | | Total For Paul Marr | | | | | | $16,860.16 |
| **Sonya Manrique** | | | | | | | | | |
| | | | Total Labor For Sonya Manrique | | | 3.50 | $0.00 | 3.50 | $875.00 |
| | | | Total Expense For Sonya Manrique | | | | | $0.00 | $0.00 |
| | | | Total For Sonya Manrique | | | | | | $875.00 |
| | | | Total Labor For Belinda's Southern Cuisine Inc. | | | 39.80 | $0.00 | 39.80 | $17,210.00 |
| | | | Total Expense For Belinda's Southern Cuisine Inc. | | | | | $525.16 | $525.16 |
| | | | Total For Belinda's Southern Cuisine Inc. | | | | | | $17,735.16 |
| | | | Grand Total Labor | | | 39.80 | $0.00 | 39.80 | $17,210.00 |
| | | | Grand Total Expenses | | | | | $525.16 | $525.16 |
| | | | Grand Total | | | | | | $17,735.16 |