# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: : | Case No. 24-54623-PWB |
| : | |
| **BELINDA'S SOUTHERN CUISINE INC.,** : | Chapter 7 |
| : | |
| Debtor. : | |
| : | |

## SCHEDULE OF UNPAID CHAPTER 11 ADMINISTRATIVE DEBTS

COMES NOW Belinda's Southern Cuisine Inc. (the "**Debtor**") and files this *SCHEDULE OF UNPAID CHAPTER 11 ADMINISTRATIVE DEBTS* showing as follows:

1. The Debtor filed its Subchapter V Chapter 11 bankruptcy petition on May 6, 2024 (the "**Petition Date**") under Chapter 11 Subchapter V of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, modified, or supplemented, the "**Bankruptcy Code**"). Tamara M. Ogier was appointed Subchapter V trustee on May 7, 2024. In accordance with Sections 1107 and 1108 of the Bankruptcy Code, the Debtor managed its post-Petition affairs as a debtor in possession.

2. Pursuant to the Debtor's Motion filed on August 28, 2024 [Doc. No. 55], the Court entered on Order on August 30, 2024 [Doc. No. 56] (the "**Order**") converting this bankruptcy case to Chapter 7.

3. As required by the Order, the Debtor files this schedule of unpaid debts incurred after the filing of the petition and before conversion of the case:

DeKalb County Finance
Attn: Legal Dept.
774 Jordan Lane; Suite 200
Decatur, GA 30033
water and sewer bill
account number -4302
$4,677.99

DeKalb County Finance
Attn: Legal Dept.
774 Jordan Lane; Suite 200
Decatur, GA 30033
Sanitation bill
account number -5751
$1,831.19

DeKalb County Finance
Attn: Legal Dept.
PO Box 71224
Charlotte, NC 28272-1224

DeKalb County Finance
Attn: Legal Dept.
1300 Commerce Drive
Decatur, GA 30030

Gordon Food Service
PO Box 1787
Grand Rapids, MI 49501-1787
vendor debt
customer #-8456
$2,544.37

Georgia Power
Attn: Legal Dept.
96 Annex
Atlanta, GA 30396
utility bill
account #-69038
$11,138.24

NuCO2
Attn: Legal Dept.
2800 SE Market Place
Stuart, FL 34997
vendor debt
$631.20

State Chemical Solutions
5915 Landerbrook Drive
Suite 300
Mayfield Heights, OH 44124
vendor debt
account #-5632

Comcast Business
Attn: Legal Dept.
1701 JFK Boulevard
Philadelphia, PA 19103
utility service
account #-1003855

Comcast Business
Attn: Legal Dept.
8200 Mall Parkway Suite B170
Lithonia, GA 30038

Dated: September 29, 2024

Prepared and submitted,
PAUL REECE MARR, P.C.
Debtor's counsel

/s/ Paul Reece Marr
GA Bar # 471230
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
770-984-2255
paul.marr@marrlegal.com

2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 24-54623-PWB |
| | : | |
| BELINDA'S SOUTHERN CUISINE INC., | : | Chapter 7 |
| | : | |
|   Debtor. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *SCHEDULE OF UNPAID CHAPTER 11 ADMINISTRATIVE DEBTS* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all registered parties who have filed appearances in the above captioned case as follows:

Alan Hinderleider on behalf of U.S. Trustee
United States Trustee
Alan.Hinderleider@usdoj.gov

Kenneth Mitchell on behalf of Debtor
Belinda's Southern Cuisine Inc.
gmapclaw1@gmail.com,
kmitchell5000@gmail.com

Tamara M. Ogier (Sub V Trustee)
tmo@orratl.com,
jc@orratl.com;tmo@trustesolutions.net;ctmo11@trustesolutions.net

Todd Robinson on behalf of Creditor
Newtek Small Business Finance, LLC
todd@rfllplaw.com

In addition, I hereby certify that on this day I caused a true and correct copy of the document to be deposited in the U.S. Mail with sufficient postage to ensure delivery addressed to the following parties at the following addresses:

DeKalb County Finance
Attn: Legal Dept.
PO Box 71224
Charlotte, NC 28272-1224

DeKalb County Finance
Attn: Legal Dept.
1300 Commerce Drive
Decatur, GA 30030

| | |
|---|---|
| DeKalb County Finance<br>Attn: Legal Dept.<br>774 Jordan Lane<br>Suite 200<br>Decatur, GA 30033 | NuCO2<br>Attn: Legal Dept.<br>2800 SE Market Place<br>Stuart, FL 34997 |
| Gordon Food Service<br>PO Box 1787<br>Grand Rapids, MI 49501-1787 | State Chemical Solutions<br>5915 Landerbrook Drive<br>Suite 300<br>Mayfield Heights, OH 44124 |
| Georgia Power<br>Attn: Legal Dept.<br>96 Annex<br>Atlanta, GA 30396 | Comcast Business<br>Attn: Legal Dept.<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 |
| | Comcast Business<br>Attn: Legal Dept.<br>8200 Mall Parkway Suite B170<br>Lithonia, GA 30038 |

This the 29th day of September, 2024.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

Paul Reece Marr, P.C.
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
Telephone: 770-984-2255
Email: paul.marr@marrlegal.com

4