# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 24-54623-PWB |
| BELINDA'S SOUTHERN CUISINE INC., ) | |
| ) | CHAPTER 11 |
| ) | SMALL BUSINESS |
| Debtor. ) | SUBCHAPTER V |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Tamara Miles Ogier, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  The case was converted with no plan confirmed and no plan payments made to the trustee.  No compensation has been awarded to the trustee.  I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion.  I request that I be discharged from any further duties as trustee.

This the 8th day of October, 2024

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By:   */s/ Tamara Miles Ogier*
     Tamara Miles Ogier
     Georgia Bar No.

P.O. Box 1547
Decatur, GA  30031
(404) 525-4000
tmo@orratl.com

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**