UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-54623-PWB |
| | : | |
| BELINDA'S SOUTHERN CUISINE, INC. | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| ———————————————— | : | |
| | : | |
| MONIQUE JACKSON, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| BELINDA'S SOUTHERN CUISINE, INC., | : | |
| | : | |
| Respondent. | : | |
| ———————————————— | : | |

## NOTICE OF HEARING

    **PLEASE TAKE NOTICE** that MONIQUE JACKSON has filed a Motion for Relief From the Automatic Stay *(the "*Motion*")* and related papers with the Court seeking an order authorizing the Movant to file a complaint against the Respondent in state court in order to liquidate the Movant's claim against the Respondent in connection with the Respondent's negligence that resulted in Movant tripping and falling and suffering a knee injury. Movant seeks to recover against Respondent's applicable insurance policies and is not seeking to recover any ssets from Respondent. .          -

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion** at **10:15A. M**. on **November 20, 2024** in Courtroom **1401**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

———————————————

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date.  Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: October 28, 2024

/s/Drew Gilliland

Drew Gilliland
Counsel for Movant
Georgia Bar No. 116570
351 Atlanta Street SE
Marietta, GA 30060
(404)999-1111

### Certificate of Service

I hereby certify that on the **28th** day of **October**, **2024**, I electronically filed the foregoing **Motion for Relief from Stay and Notice of Hearing** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program: *Trustee:* **S. Gregory Hays;** *Attorney for Debtor:* **Kenneth Mitchell;** *Attorney for Debtor:* **Paul Reece Marr**

Kenneth Mitchell
*gmapclaw@gmail.com*

Paul Reece Marr
*Paul.Marr@marrlegal.com*

S. Gregory Hays
*ghays@haysconsulting.net*

I further certify that on this day I caused a copy of this document to be served via FedEx on the following parties at the address shown for each.

*Allison McDonald*
*Law Office of Zanita King-*
*Hughes 3655 North Point*
*Parkway*
*Suite 500A*
*Alpharetta, GA 30005*
*FedEx Tracking: 7795 2600 3484*

Dated: ***October 28, 2024***

/s/ Drew Gilliland
Drew Gilliland
351 Atlanta Street, SE
Marietta, GA 30060

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 24-54623-PWB |
| BELINDA'S SOUTHERN CUISINE, INC. | : | |
| | : | Chapter 7 |
|     Debtor. | : | |
| | : | |
| | : | |
| MONIQUE JACKSON, | : | CONTESTED MATTER |
| | : | |
|     Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| BELINDA'S SOUTHERN CUISINE, INC. | : | |
| | : | |
|     Respondent. | : | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW MONIQUE JACKSON (the "**Movant**") and brings this Motion For Relief From The Automatic Stay (the "**Motion**") seeking entry of an Order annulling the automatic stay of 11 U.S.C. § 362(a). In support of this Motion the Movant respectfully shows this Honorable Court as follows:

## JURISDICTION AND BACKGROUND

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion commences a "core proceeding" pursuant to 28 U.S.C. § 157(b).

2. Monique Jackson, as "Plaintiff", was a customer of Respondent's, as "Defendant", restaurant, Belinda Southern Cuisine, located at 7322 Stonecrest Concourse, Stonecrest, GA 30038, during business hours on February 26, 2023.

3. As Plaintiff was walking out of the Respondent's restaurant, Plaintiff tripped and fell on a brick located on the sidewalk outside the subject restaurant and sustained multiple injuries.

4. On December 21, 2023, Plaintiff filed a Complaint in Dekalb County State Court (Civil Action File No. 23A06024) against the Respondent and the Respondent was properly served on February 9, 2024, through its registered agent, Belinda Hull.

5. The Respondent filed its chapter 11 bankruptcy Petition on May 6, 2024. On August 30, 2024, the Court granted Respondent's Motion to Convert Bankruptcy Case to Chapter 7. Tamara Miles Ogier was appointed as the chapter 7 trustee.

### RELIEF REQUESTED AND BASIS FOR RELIEF

1. The Movant seeks entry of an order modifying or terminating the automatic stay of 11 U.S.C. § 362(a) authorizing the Movant to file a complaint against the Respondent in state court in order to liquidate the Movant's claim against the Respondent in connection with the Movant's fall on the Respondent's property, and to seek recovery against the Respondent's applicable insurance policy only. . Movant requests that the 14-day stay provided for in Fed. R. Bankr. P. 4001 (a)(3) be waived so that such stay relief will be effective immediately upon entry of an order granting this Motion.

2. The Movant seeks a money judgment for damages suffered as a result of the Respondent's negligence. To the extent the Movant obtains a judgment, she will only look to the applicable insurance policy to satisfy her claim.

3. Although the Respondent's insurance policy may be property of the bankruptcy estate, its proceeds are not. *See In re Doug Baity Trucking, Inc.,* No. 04-13537, 2005 WL 1288018, at *8 (Bankr. M. D. N.C. April 21, 2005) (holding that the proceeds of a third-party liability insurance policy are not property of the estate).

4. Granting the requested relief will not prejudice either the Respondent or the bankruptcy estate because the Movant's claim, including the associated defense costs, will be covered by the applicable insurance policy. *See Int'l Bus. Machs. v. Fernstrom Storage and Van Co. (Matter of Fernstrom Storage & Van Co.),* 938 F.2d 731, 736 (7th

Cir. 1991) (noting that "debtors-defendants suffer little prejudice when they are sued by plaintiffs who seek nothing more than declarations of liability that can serve as a predicate for a recovery against insurers, sureties, or guarantors").  The Movant, however, will clearly be prejudiced if she is not permitted to pursue her remedies as requested herein.

5.     Courts of this and other districts routinely lift the automatic stay to permit the continued prosecution of a case against a debtor under such circumstances.  *See e.g., Egwineke v. Robertson (In re Robertson),* 244 B.R. 880, 884 (Bankr. N.D. Ga. 2000) (lifting stay with respect to movant's claims covered by debtor's liability insurance policy); *Karp v. R.J. Groover Const. (In re R.J. Groover Const., L.L.C.),* 411 B.R. 460, 467 (Bankr. S.D. Ga. 2008) (same); *Holtkamp v. Littlefield (Matter of Holtkamp),* 669 F.2d 505, 508 (7th Cir. 1982) (same).

**WHEREFORE,**  for the reasons set forth above, the Movant requests that the Court enter an order, substantially in form as attached hereto as **Exhibit A**, modifying or terminating the automatic stay of 11 U.S.C. § 362(a) authorizing the Movant to file a complaint against the Respondent in state court in order to liquidate the Movant's claim against the Respondent in connection with the Respondent's negligence, and to seek recovery against the Respondent's applicable insurance policy only, and that the Court grant such other relief as may be appropriate.  Movant requests that the 14-day stay provided for in Fed. R. Bankr. P. 4001 (a)(3) be waived so that such stay relief will be effective immediately upon entry of the Court's Order.

Dated: October 28, 2024

NICK SCHNYDER LAW FIRM
*/s/ Drew Gilliland*
Drew Gilliland (GA Bar # 116570)
351 Atlanta St. SE
Marietta, GA 30060
404-999-1111
dgilliland@schnyderlawfirm.com
Attorney for Monique Jackson

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 24-54623-PWB |
| BELINDA'S SOUTHERN CUISINE, INC. | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | |
| MONIQUE JACKSON, | : | CONTESTED MATTER |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| BELINDA'S SOUTHERN CUISINE, INC. | : | |
| | : | |
| Respondent. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of October, 2024, I electronically filed the foregoing Motion for Relief from Stay and Notice of Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program: **Trustee:** *S. Gregory Hays*; **Attorney for Debtor:** *Kenneth Mitchell*; **Attorney for Debtor:** *Paul Reece Marr*

Kenneth Mitchell
gmapclaw@gmail.com

Paul Reece Marr
Paul.Marr@marrlegal.com

S. Gregory Hays
ghays@haysconsulting.net

In addition, I hereby certify that on this day I caused a true and correct copy of the document to be deposited in the U.S. Mail with sufficient postage to ensure delivery addressed to the following persons at the following addresses:

Allison McDonald
LAW OFFICES OF ZANITA KING-
HUGHES
3655 North Point Parkway, Suite 500A
Alpharetta, GA 30005
Allison.mcdonald@thehartford.com
*FedEx Tracking: 7795 2600 3484*

This the 28th day of October, 2024.

NICK SCHNYDER LAW FIRM
*/s/ Drew Gilliland*
Drew Gilliland (GA Bar # 116570)
351 Atlanta St. SE
Marietta, GA 30060
404-999-1111
dgilliland@schnyderlawfirm.com
Attorney for Monique Jackson

**EXHIBIT A**
**PROPOSED**
**ORDER**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 24-54623-PWB |
| BELINDA'S SOUTHERN CUISINE, INC. | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | |
| | : | |
| MONIQUE JACKSON, | : | CONTESTED MATTER |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| BELINDA'S SOUTHERN CUISINE, INC. | : | |
| | : | |
| Respondent. | : | |

**ORDER FOR RELIEF FROM AUTOMATIC STAY**

This matter came before the Court, pursuant to 11 U.S.C. § 362, on the Motion for Relief from Automatic Stay (the "Motion") filed on October 28, 2024 by Monique Jackson (the "**Movant**"). Based upon good cause shown and the entire record in this bankruptcy case:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted.

2.   The automatic stay of 11 U.S.C. § 362(a) is modified to allow the Movant to file a complaint against the Respondent in state court in order to liquidate the Movant's claim against the Respondent in connection with the Respondent's alleged negligence, and to seek recovery against the Respondent's applicable insurance policy.

3.   The automatic stay provisions of 11 USC § 362(a) are modified to allow the Respondent's insurer to retain and pay for the costs and fees necessary to retain counsel and other professionals to defend the Respondent in connection with the settlement or defense of any complaint brought by the Movant in state court in accordance with the relevant terms and proceeds of the applicable insurance policy.

4.   The 14-day stay provided for in Fed. R. Bankr. P. 4001 (a)(3) is hereby waived so that stay relief is effective immediately upon entry of this Order.

**END OF DOCUMENT**

Prepared and submitted by:
Drew Gilliland
NICK SCHNYDER LAW FIRM
Attorney for Monique Jackson

Drew Gilliland (GA Bar # 116570)
351 Atlanta St. SE
Marietta, GA 30060
404-999-1111
dgilliland@schnyderlawfirm.com

## <u>DISTRIBUTION LIST</u>

Pursuant to Local Rule 9013-2(b) for the United States Bankruptcy Court, Northern District of Georgia, following is a list of all parties to be served with a copy of this Order:

Paul Reece Marr
PAUL REECE MARR, P.C.
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
Paul.marr@marrlegal.com

S. Gregory Hays
Hays Financial Consulting
2964 Peachtree Road
Suite 555
Atlanta, GA 30305
ghays@haysconsulting.net

Allison McDonald
LAW OFFICES OF ZANITA KING-HUGHES
3655 North Point Parkway, Suite 500A
Alpharetta, GA 30005
Allison.mcdonald@thehartford.com

Kenneth Mitchell
Giddens, Mitchell & Associates, P.C. 2951
Snapfinger Parkway
Suite 555
Decatur, GA 30035
gmapclaw@gmail.com