**IT IS ORDERED as set forth below:**



Date: October 29, 2024

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO 24-54623-PWB |
| BELINDA'S SOUTHERN CUISINE, INC., ) | |
| ) | CHAPTER 7 |
| DEBTOR. ) | |
| ) | |

**ORDER ON FIRST AND FINAL APPLICATION
FOR SUBCHAPTER V TRUSTEE FEES**

On September 30, 2024, Tamara Miles Ogier, as the Subchapter V Trustee (the "SubV Trustee") filed her "First and Final Application for Subchapter V Trustee Fees" (Doc. No. 68) (the "Application"). Notice of the opportunity to object and for hearing was provided pursuant to the procedures in Second Amended and Restated General Order No. 24-2018 and no response to the Motion was filed prior to the response deadline. The Court has considered the Motion and all other matters of record, including the lack of response thereto, and based on the foregoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby,

It is ORDERED that the Application is granted.

It is further ORDERED that Applicant is awarded fees in the amount of $2,520.00 and $97.44 in expenses.

FURTHER ORDERED that this is a final order.

**[END OF DOCUMENT]**

Prepared by:

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: */s/ Tamara Miles Ogier*
    Tamara Miles Ogier
    Georgia Bar No.550355
    P.O. Box 1547
    Decatur, GA 30031
    (404) 525-4000
    tmo@orratl.com

DISTRIBUTION LIST

Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, GA 30031

United States Trustee
Alan Hinderleider, Trial Attorney
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Paul Reece Marr
Paul Reece Marr, P.C.
6075 Barfield Rd, Suite 213
Sandy Springs, GA 30328-4402

Kenneth Mitchell
Giddens, Mitchell & Associates P.C.
3951 Snapfinger Parkway, Ste. 555
Decatur, Georgia 30035

Todd Robinson
Robinson Franzman LLP
191 Peachtree Street NE, Suite 2600
Atlanta, Georgia 30303